# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-1052                                   September Term, 2014

FERC-CP13-551-000

**Filed On:** March 19, 2015

In re: Delaware Riverkeeper Network,

    Petitioner

**BEFORE:**   Rogers, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the petition for relief under the All Writs Act, the oppositions thereto, the supplement to the opposition filed by Transcontinental Gas Pipeline Company, and the replies, it is

**ORDERED**, on the court's own motion, that the administrative stay entered on March 11, 2015, be dissolved.  It is

**FURTHER ORDERED** that the petition for relief under the All Writs Act be denied.  Petitioner has not satisfied the stringent requirements for a stay under the All Writs Act.  See, e.g., Reynolds Metals Co. v. FERC, 777 F.2d 760, 762 (D.C. Cir. 1985).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

           **FOR THE COURT:**
           Mark J. Langer, Clerk

      By:    /s/
             Ken R. Meadows
             Deputy Clerk